**1300-14**

# ELECTRONIC RECORD

COA # 04-13-00330-CR    OFFENSE: AGGRAVATED ROBBERY

STYLE: RAYMOND CLARK V. THE STATE OF TEXAS    COUNTY: BEXAR

COA DISPOSITION: AFFIRMED    TRIAL COURT: 186TH DISTRICT COURT

DATE: 08/06/14    Publish: NO    TC CASE #: 2012CR4130

# IN THE COURT OF CRIMINAL APPEALS

## ELECTRONIC RECORD

STYLE: RAYMOND CLARK V. THE STATE OF TEXAS    CCA #: **1300-14**

APPELLANT'S _____ Petition    CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:    DATE: _____

_refused_    JUDGE: _____

DATE: _Feb 4, 2015_    SIGNED: _____    PC: _____

JUDGE: _PC; Yeary J. not participating_ PUBLISH: _____    DNP: _____

------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____